UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SAMUEL MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR VILLALON, et al.,<br><br>　　　　Defendants. | No. ED CV 13-01064-DMG (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the motion and opposition papers, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' motion for summary judgment is granted.

///

///

2. Plaintiff's unexhausted claim that Defendant Deveza violated his constitutional rights by "tricking" him into withdrawing his 2010 grievance is dismissed without prejudice.

3. Plaintiff's remaining claims are dismissed with prejudice.

4. Judgment shall be entered dismissing this case accordingly.

DATED: September 19, 2017

_____
DOLLY M. GEE
United States District Judge