JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SAMUEL MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SALVADOR VILLALON et al.,<br><br>　　　　Defendants. | No. ED CV 13-01064-DMG (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's claim against Defendant Deveza related to withdrawal of Plaintiff's 2010 grievance is dismissed without prejudice, Plaintiff's other claims are dismissed with prejudice, and this action is dismissed.

DATED: September 19, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge